IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY THOMAS MCDANIEL,<br><br>Defendant | Case No.: CR 23-61-GF-BMM<br><br>**ORDER** |

    Pending before the Court is the motion of Defendant to set a hearing on the status of counsel. (Doc. 76.) For good cause shown, IT IS ORDERED that a hearing on the status of counsel is set for November 4, 2024 at 11:00 a.m.

    DATED this 29th day of October, 2024.

_____
Brian Morris, Chief District Judge
United States District Courts